**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

    - against -                      20cr109 (JGK)

**LUILLY FERNANDEZ,**                   **ORDER**

         **Defendant.**

---

**JOHN G. KOELTL, District Judge:**

    For the reasons stated on the record and with the conditions stated on the record at the teleconference on April 3, 2020, the defendant's application for release is denied without prejudice to renewal.

**SO ORDERED.**

**Dated:    New York, New York**
          **April 3, 2020**            /s/ John G. Koeltl
                                        **John G. Koeltl**
                                **United States District Judge**