**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————

**UNITED STATES OF AMERICA,**

       - against -                           20cr109 (JGK)

**LUILLY FERNANDEZ,**                      <u>**ORDER**</u>

            **Defendant.**
————————————————————————

**JOHN G. KOELTL, District Judge:**

    The Bureau of Prisons is directed to provide a medical examination of the defendant for his asthma condition and to provide any appropriate medical assistance for his condition. The Government should report to the Court promptly that the defendant's medical condition has been attended to.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **April 3, 2020**        <u>   /s/ John G. Koeltl   </u>
                                                **John G. Koeltl**
                                    **United States District Judge**