**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------

**UNITED STATES OF AMERICA**

       - against -                         20 Cr. 109 (JGK)

**LUILLY FERNANDEZ,**                       <u>ORDER</u>

              Defendant.
-------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The Government should respond to the April 15, 2020 renewed bail application of the defendant by April 17, 2020. The response should include a report on the defendant's current medical condition and a report on whether the defendant has been tested for the Coronavirus, and if not, why not.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **April 15, 2020**              <u>     /s/ John G. Koeltl     </u>
                                                        **John G. Koeltl**
                                       **United States District Judge**