**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
———————————————————————————

**UNITED STATES OF AMERICA**

       - against -                           20cr109 (JGK)

**LUILLY FERNANDEZ,**                         <u>**ORDER**</u>

            Defendant.
———————————————————————————

**JOHN G. KOELTL, District Judge:**

    For the reasons stated on the record at the teleconference today, the application for release is denied without prejudice to renewal. The Government should provide that the defendant is seen by a doctor at the MCC promptly and provide a report to the Court no later than April 27, 2020 reporting on the defendant's medical status.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **April 24, 2020**                         /s/ John G. Koeltl
                                                     **John G. Koeltl**
                                        **United States District Judge**