**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------

**UNITED STATES OF AMERICA**

      - against -                        20cr109 (JGK)

**LUILLY FERNANDEZ,**                       <u>**ORDER**</u>

               **Defendant.**
------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The Government should update the Court on the medical status of the defendant promptly.

**SO ORDERED.**

**Dated:**    New York, New York
            May 4, 2020                  ____/s/ John G. Koeltl____
                                                    **John G. Koeltl**
                                       **United States District Judge**