UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————

UNITED STATES OF AMERICA

                - against -                    20 Cr. 109 (JGK)

MARVIN GAMONEDA ET AL.,                        ORDER

                        Defendants.
————————————————————————————

JOHN G. KOELTL, District Judge:

     The case against Luilly Fernandez is severed from the case against Marvin Gamoneda. The schedule with respect to Marvin Gamoneda remains unchanged. The Court will hold a status conference for the case against Luilly Fernandez on May 3, 2021 at 9:00 a.m.

SO ORDERED.

Dated:    New York, New York
          March 15, 2021             /s/ John G. Koeltl
                                        John G. Koeltl
                                 United States District Judge