UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -                   20-CR-109-2 (JGK)

LUILLY FERNANDEZ,               ORDER

        Defendants.

---

JOHN G. KOELTL, District Judge:

    The case involving Luilly Fernandez is scheduled for a status conference on May 3, 2021. The May 11, 2021 trial involving Mr. Fernandez is adjourned sine die pending developments at the next status conference.

SO ORDERED.

Dated:    New York, New York
           April 23, 2021

                                      John G. Koeltl
                             United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-23-21