UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -                     20 Cr. 109 (JGK)

LUILLY FERNANDEZ,                ORDER

          Defendants.

---

JOHN G. KOELTL, District Judge:

As discussed at the teleconference held today, the next conference is scheduled for **July 9, 2021** at **9 a.m.**

Because a continuance is needed to assure the effective assistance of counsel and to allow the parties the opportunity to discuss a disposition short of trial, the Court prospectively excludes the time from today, **May 3, 2021**, until **July 9, 2021**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
          May 3, 2021

                                          John G. Koeltl
                                    United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-3-21