March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-3-21

------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Luilly Fernandez ,

Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

20 -CR- ( 109 ) ( JGK )

Defendant __Luilly Fernandez__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

Luilly Fernandez/ *SMS*
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Luilly Fernandez
_____
Print Defendant's Name

*Sarah M. Sacks*
_____
Defense Counsel's Signature

Sarah M. Sacks
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

5/3/21
_____
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~