UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -                             20 Cr. 109 (JGK)

LUILLY FERNANDEZ,                        ORDER

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for another conference on **September 23, 2021** at **11:00 a.m.**

    Because a continuance is needed to allow the parties to discuss a disposition short of trial, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **July 29, 2021**, until **September 23, 2021**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
             July 29, 2021

                                                /s/ John G. Koeltl
                                               John G. Koeltl
                                          United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/21